### Grant v. Pittsburgh Railways Company, Appellant.

Argued November 14, 1967. *John Ward Hindman,* with him *Prichard, Lawler & Geltz,* for appellant; *Thomas L. Cooper,* with him *McArdle & McLaughlin,* for appellees.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

### Hansotte v. Erie Insurance Exchange, Appellant.

Argued November 14, 1967. *Charles Kirshner,* with him *Rosenberg & Kirshner,* for appellant; *Reed J. Davis,* for appellee.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.